**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-1288**

LATOSHIA L. REEVES,

> Plaintiff - Appellant,

v.

GUIDEHOUSE, LLP; SCOTT MCINTYRE, CEO of Guidehouse LLP,

> Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:25-cv-02843-BAH)

Submitted:  April 23, 2026                    Decided:  April 28, 2026

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Latoshia L. Reeves, Appellant Pro Se.  Emmett F. McGee, Jr., JACKSON LEWIS PC, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latoshia L. Reeves seeks to appeal the district court's order denying her motion to shield her case from public records, denying her motions for default judgment, and denying as moot her motion to expedite a decision on the motions for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Reeves seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*